FILED by **KZ** D.C.
ELECTRONIC

Jan 10, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **13-80010-CR-MIDDLEBROOKS-W/BRANNON**

21 U.S.C. §841(a)(1)

UNITED STATES OF AMERICA

vs.

RODOLFO LEINBOCK,
    a.k.a. "Rudy,"

        Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1

On or about May 24, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**RODOLFO LEINBOCK,
a.k.a. "Rudy,"**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved 3,4-Methylenedioxymethamphetamine, a/k/a MDMA, a Schedule I controlled substance.

## COUNT 2

On or about June 14, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**RODOLFO LEINBOCK,**
a.k.a. "Rudy,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved 3,4-Methylenedioxymethamphetamine, a/k/a MDMA, a Schedule I controlled substance.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. 13-80010-CR-MIDDLEBROOKS/ BRANNON |
|---|---|
| vs. | |
| RODOLFO LEINBOCK, a.k.a "Rudy", Defendant. / | CERTIFICATE OF TRIAL ATTORNEY* Superseding Case Information: |

**Court Division**: (Select One)

___ Miami  ___ Key West
___ FTL   _X_ WPB  ___ FTP

New Defendant(s)      Yes ___  No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  _No_
   List language and/or dialect ___

4. This case will take  _0_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)
   I    0 to 5 days      _X_        Petty      ___
   II   6 to 10 days     ___        Minor      ___
   III  11 to 20 days    ___        Misdem.    ___
   IV   21 to 60 days    ___        Felony     _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: ___  Case No. ___
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  _No_
   If yes:
   Magistrate Case No. ___
   Related Miscellaneous numbers: ___
   Defendant(s) in federal custody as of ___
   Defendant(s) in state custody as of ___
   Rule 20 from the ___ District of ___

   Is this a potential death penalty case? (Yes or No)  ___

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

_____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 188591

*Penalty Sheet(s) attached                           REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  **RODOLFO LEINBOCK**

Case No: 13-80010-CR-MIDDLEBROOKS/BRANNON

Count #: 1

Possession with intent to distribute a controlled substance, to wit, 3,4-Methylenedioxymethemphetamine

Title 21 U.S.C. § 841(a)(1) and 841(b)(1)(C)

\* **Max.Penalty**: up to 5 Years' Imprisonment; $250,000 Fine

Count #: 2

Possession with intent to distribute a controlled substance, to wit, 3,4-Methylenedioxymethemphetamine

Title 21 U.S.C. § 841(a)(1) and 841(b)(1)(C)

\* **Max.Penalty**: up to 5 Years' Imprisonment; $250,000 Fine

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 13-80010-CR-MIDDLEBROOKS/BRANNON

## BOND RECOMMENDATION

DEFENDANT: RODOLFO LEINBOCK

500,000 PSB
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Aurora Fagan

Last Known Address: _____

What Facility: _____

Agent(s): Special Agent Mike Carovillano
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
DEA